# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| **ANILKUMAR RAMESHBAI** | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | 2:15-CV-83-AM-VRG |
| | § | Civil Action Number |
| **STATE AUTO PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
|     Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Anilkumar Rameshbai, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Auto Property & Casualty Insurance Company with prejudice at the cost of the party incurring the same.

        **Respectfully submitted,**

        */s/ Dan Cartwright* w/permission bln
        Larry W. Lawrence, Jr.
        State Bar No. 00794145
        Michael Lawrence
        State Bar No. 24055826
        Lawrence Law Firm
        3112 Windsor Road, Suite A234
        Austin, Texas 78703
        Telephone: (956) 994-0057
        Facsimile: (800) 507-4152
        lawrencefirm@gmail.com

        Dan Cartwright
        State Bar No. 03942500
        Lory Sopchak
        State Bar No. 24076706

        Cartwright Law Firm, LLP
        1300 Post Oak Blvd, Suite 760
        Houston, Texas 77056
        Telephone: (713) 840-0950
        Facsimile:  (713) 840-0046
        lory@dcartwrightlaw.net

**ATTORNEYS FOR PLAINTIFF ANILKUMAR RAMESHBAI**

        */s/ Alicia Murphy*_____
        Sterling Elza
        Attorney-In-Charge
        State Bar No. 24026823
        Alicia Murphy
        State Bar No. 24095005
        306 West 7th Street, Suite 200
        Fort Worth, Texas  76102-4905
        Telephone: (817) 332-1391
        Facsimile:  (817) 870-2427
        Email: selza@browndean.com
              amurphy@browndean.com

**ATTORNEY FOR DEFENDANT, STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I do hereby certify that on this the 18th day of January, 2016, a true and correct copy of the above and foregoing instrument was forward to all parties by and through their respective attorneys of record and the original was promptly filed with the District Clerk's office of this division.

        __*/s/ Alicia Murphy*_____
        Sterling Elza/Alicia Murphy