IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ANILKUMAR RAMESHBAI,<br>　　Plaintiff,<br><br>v.<br><br>STATE AUTO PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br>　　Defendant. | §<br>§<br>§<br>§  Civil Action No.<br>§  DR-15-CV-083-AM/VRG<br>§<br>§<br>§<br>§ |

### ORDER OF DISMISSAL WITH PREJUDICE

On January 18, 2016, the parties filed an agreed motion for dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(2). (ECF No. 17.)

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against Defendant State Auto Property & Casualty Insurance Company are **DISMISSED WITH PREJUDICE** as set forth in the agreed motion. Each party shall bear its own costs and fees. The agreed motion for dismissal with prejudice (ECF No. 17) is **GRANTED** as provided herein. **IT IS FURTHER ORDERED** that any other motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 19th day of January, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE