AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas


FILED
JAN 19 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

ANILKUMAR RAMESHBAI,
Plantiff,

v.

STATE AUTO PROPERTY & §
CASUALTY INSURANCE COMPANY,
Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-15-CV-083-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Plaintiffs claims asserted in this suit against Defendant State Auto Property & Casualty Insurance Company are DISMISSED WITH PREJUDICE as set forth in the agreed motion. Each party shall bear its own costs and fees. The agreed motion for dismissal with prejudice (ECF No. 17) is GRANTED as provided herein. IT IS FURTHER ORDERED that any other motions pending in the instant action be DENIED as moot and that a clerk's judgment shall immediately issue. SIGNED this 19th day of January, 2016. By United States District Judge Alia Moses .

| 01/19/2016 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | _(signature)_ MG CIENEGA |
| | (By) Deputy Clerk |